IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION FILED UNDER SECTION 851 OF |
| v. | : | TITLE 21, U.S.C. RELATING TO INDICTMENT 05-54 |
| RICARDO CRUZ | : | FILED JUNE 29, 2005 |

## INFORMATION CHARGING PRIOR OFFENSE

Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on June 29, 2005, in the Eastern District of Pennsylvania, with conspiracy to distribute cocaine and possession with intent to distribute more than 500 grams of cocaine, in violation of Title 21, United States Code, Sections 846 and 8411(a)(1), of having previously been convicted as described below:

1. On or about November 3, 1993, in Burlington County, New Jersey defendant Ricardo Cruz was sentenced to 15 years imprisonment following his conviction for felony controlled substance violation on Indictment No. I323-87, arising from a March 9, 1987, arrest by

Detectives from the Burlington County Prosecutors Office for violation of NJ 2421-19A1 and NJ 2421-20A1, a felonies under the State of New Jersey.

    Respectfully submitted,

    PATRICK L. MEEHAN
    United States Attorney


    _____
    LINDA DALE HOFFA
    Chief, Criminal Division, Assistant United States Attorney


    _____
    KENYA S. MANN
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a copy of the government's information Charging Prior Offenses to be served by first class mail delivery to:

        Stephen P. Patrizio, Esquire
        Dranoff & Patrizio, P.C.
        117 S. 17th Street
        Philadelphia, PA 19103-5016

        _____
        KENYA S. MANN
        Assistant United States Attorney

Date: _____